IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROSHION MCKINLEY,

       Plaintiff,

v.

VENICE COMMUNITY UNIT
SCHOOL DISTRICT #3,

       Defendant.

Case No. 24-cv-2458 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 7/29/2025        **MONICA A. STUMP, Clerk of Court**

                                   _s/ Tina Gray, Deputy Clerk_

**Approved:**    _s/J. Phil Gilbert_
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**